UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

JANA CHRISTINE JONES-TURNER and PENNEY SHERRARD, On their own behalf and all other similar situated, known or unknown

PLAINTIFF

v.

CIVIL ACTION NO. 3:07-cv-218-S

YELLOW ENTERPRISE SYSTEMS, LLC d/b/a YELLOW AMBULANCE SERVICE
and
LOUISVILLE TRANSPORTATION COMPANY

DEFENDANT

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1446 Defendants, Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Services and Louisville Transportation Company (hereinafter referred to as "Defendants"), by counsel, gives notice of the following:

1. An action was commenced and is now pending in the Jefferson Circuit Court, Ninth Division, Civil Action 07-CI-03105, in which Jana Christine Jones-Turner is the Plaintiff and Yellow Ambulance is the Defendant (hereinafter referred to as the "State Action").

2. Plaintiff amended her complaint on April 13, 2007 to add Penney Sherrard as a Plaintiff and Louisville Transportation Company as a Defendant.

3. Plaintiff's Complaint contains the following counts;

a. Count I - Plaintiff alleges that Defendants violated provisions of the Kentucky Wage and Hour Act, found in KRS Chapter 337;

b. Count II - Plaintiff alleges that Defendants violated provisions of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §201 *et seq*.

4. By this Notice, Defendants remove the State Action from the Commonwealth of Kentucky, Jefferson Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division. True copies of all process, pleadings, orders and other papers served upon Defendants are attached.

5. Count II of the Amended Complaint is based on alleged violations of the FLSA.

6. Section 216(b) of the FLSA provides that an action under the FLSA "may be maintained against any employer (including a public agency) in any Federal or State court of competent jurisdiction."

7. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1337(a). Thus, this action may be removed to this Court pursuant to 28 U.S.C. §1441, as the claims alleged in Count II of the Amended Complaint arise under the laws of the United States.

8. Pursuant to 28 U.S.C. §1446(b), a notice of removal must be filed within thirty (30) days "after the receipt by the defendant … of a copy of the initial pleading

setting for the claim for relief … or service of summons….” Yellow Ambulance through its agent for service of process, was served with summons on March 30, 2007 Louisville Transportation Company was served with a summons on April 16, 2007. Defendants file this Notice of Removal on April 19, 2007. Accordingly, this Notice of Removal is timely.

9. Finally, the Court has supplemental jurisdiction over Count I of Plaintiffs' Amended Complaint. Section 1367 of Title 28 provides, in pertinent part, that "district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." The alleged violations of Kentucky's Wage and Hour Act in Count I of the Complaint are related to the other claims asserted therein because each claim arises out of Plaintiffs' employment with Defendants, and the factual allegations contained in the Amended Complaint that purportedly support Count I are virtually identical to the allegations used to support the other counts in the Amended Complaint. Thus, Count I "derives from the common nucleus of operative facts" as do the other counts in the Complaint. Count I is also related to the other counts in the Complaint due to the substantive similarities that exist between FLSA and Kentucky's Wage and Hour Act. Thus, this Court has supplemental jurisdiction over Count II of Plaintiffs' Amended Complaint.

10. Undersigned counsel will promptly give notice of the filing of this Notice of Removal to all adverse parties, and will also file a copy of this Notice of Removal with the clerk of the Jefferson Circuit Court as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants pray that they may effect the removal of this action from Jefferson Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

s/Mitzi D. Wyrick
Edwin S. Hopson
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
502.589.5235

***Counsel for Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Services and Louisville Transportation Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, to:

Brent T. Ackerson
Lawrence L. Jones II
Bahe Cook Cantley & Jones PLC
Kentucky Home Life Building
239 South Fifth Street, Suite 700
Louisville, Kentucky 40202

s/Mitzi D. Wyrick
Mitzi D. Wyrick
***Attorney for Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance and Louisville Transportation Company***
Wyatt, Tarrant & Combs, LLP
500 W. Jefferson Street
Louisville, Kentucky 40202
502.562.7337
502.589.0309 Fax
*mitziwyrick@wyattfirm.com*

20281041.1