**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

**Jeffrey A. Apperson**  **Vanessa L. Armstrong**
**Clerk of Court**  **Chief Deputy Clerk**

NOTICE
4/23/2007

JANA CHRISTINE JONES-TURNER, et al.
v.  Case no.  07-CI-3105
YELLOW ENTERPRISE SYSTEMS, LLC, et al.


    Notice is hereby given that the above-styled civil action has been removed from the

JEFFERSON CIRCUIT COURT and filed in the Western District of Kentucky at Louisville.

    This action has been assigned civil number 3:07-CV-218-S

                                            Sincerely,
                                            JEFFREY A. APPERSON, CLERK

                                            /s/ Renee L. Koch, Deputy Clerk

JAA/rlk


cc:    Counsel of Record
        Jefferson Circuit Court