UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| JANA CHRISTINE JONES-TURNER and PENNEY SHERRARD, On their own behalf and all other similarly situated, known or unknown<br><br>PLAINTIFFS<br><br>v.<br><br>YELLOW ENTERPRISE SYSTEMS, LLC d/b/a YELLOW AMBULANCE SERVICE<br><br>and<br><br>LOUISVILLE TRANSPORTATION COMPANY<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:07CV218-S<br>)<br>)<br>)<br>) |

## ANSWER

Come now Defendants, Yellow Enterprises Systems, LLC d/b/a Yellow Ambulance Services ("Yellow Ambulance") and Louisville Transportation Company ("LTC") (collectively referred to as "Defendants"), by counsel, and for their Answer state as follows:

## FIRST DEFENSE

The Amended Complaint fails to state a claim or claims upon which relief can be granted.

## SECOND DEFENSE

Some or all of Plaintiffs' claims are barred by applicable statutes of limitations.

## THIRD DEFENSE

Plaintiffs cannot maintain this action as a class action under Rule 23 of the Federal Rules of Civil Procedure or as a collective action under 29 U.S.C. §216.

## FOURTH DEFENSE

Defendants acted in good faith with reasonable grounds for believing they were not in violation of federal and/or state wage and hour law.

## FIFTH DEFENSE

Defendants acted in good faith in reliance on rulings, determinations or interpretations of administrative agencies, including the federal or state wage and hour administrator or his designee.

## SIXTH DEFENSE

Defendants are entitled to certain exemptions, deductions, exclusions, and/or credits under federal and/or state wage and hour law.

## SEVENTH DEFENSE

Defendants' conduct does not justify an award of liquidated damages, nor does it support a claim of a "willful" violation of state or federal law.

## EIGHTH DEFENSE

For their Answer to the specific allegations contained in the Amended Complaint, Defendants state as follows:

1. Defendants admit the allegations in Paragraph 1 of the Amended Complaint that Plaintiffs seek permanent injunctive relief and damages for themselves

and all putative plaintiffs, but Defendants deny that Plaintiffs or any other putative plaintiff is entitled to injunctive relief or damages. Defendants deny the remaining allegations contained in Paragraph 1.

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Amended Complaint and therefore denies same.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Amended Complaint and therefore denies same.

4. Defendants admit the allegations contained in Paragraph 4 of the Amended Complaint that Yellow Enterprise Systems, LLC is a Kentucky limited liability company doing business in Jefferson County and that it is an employer as defined in KRS 337.010(1)(d). Defendants deny the remaining allegations of Paragraph 4.

5. Defendants admit the allegations contained in Paragraph 5 of the Amended Complaint that LTC is a Kentucky corporation doing business in Jefferson County and that it is an employer as defined in KRS 337.010(1)(d). Defendants deny the remaining allegations of Paragraph 5.

6. Defendants admit the allegations contained in Paragraph 6 of the Complaint that they are employers pursuant to 29 U.S.C. §203(d), but deny the remaining allegations contained in Paragraph 6 of the Amended Complaint.

7. Defendants deny the allegations contained in Paragraph 7 of the Amended Complaint.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Amended Complaint and therefore deny same.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Amended Complaint and therefore deny same.

10. Defendants deny the allegations contained in Paragraph 10 of the Amended Complaint.

11. Defendants deny the allegations contained in Paragraph 11 of the Amended Complaint.

12. Defendants deny the allegations contained in Paragraph 12 of the Amended Complaint.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Amended Complaint and therefore deny same.

14. Defendants deny the allegations contained in Paragraph 14 of the Amended Complaint.

15. Defendants deny the allegations contained in Paragraph 15 of the Amended Complaint.

16. Defendants deny the allegations contained in Paragraph 16 of the Amended Complaint.

17. Defendants reallege and reaffirm their responses to each of the Paragraphs of the Amended Complaint as if fully set forth herein.

18. Defendants deny the allegations contained in Paragraph 18 of the Amended Complaint.

19. Defendants deny the allegations contained in Paragraph 19 of the Amended Complaint.

20. Defendants deny the allegations contained in Paragraph 20 of the Amended Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of the Amended Complaint.

22. Defendants deny the allegations contained in Paragraph 22 of the Amended Complaint.

23. Defendants deny the allegations contained in Paragraph 23 of the Amended Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of the Amended Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of the Amended Complaint.

26. Defendants reallege and reaffirm their responses to each of the Paragraphs of the Amended Complaint as if fully set forth herein.

27. Defendants deny the allegations contained in Paragraph 27 of the Amended Complaint.

28. Paragraph 28 of the Amended Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 28 of the Amended Complaint and state that 29 U.S.C. §206 speaks for itself

29. Paragraph 29 of the Amended Complaint calls for a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 29 of the Amended Complaint and state that 29 U.S.C. §207 speaks for itself.

30. Defendants deny the allegations contained in Paragraph 30 of the Amended Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of the Amended Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of the Amended Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of the Amended Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of the Amended Complaint.

35. Defendants deny the allegations contained in Paragraph 35 of the Amended Complaint.

36. Defendants specifically deny any and all allegations to which they have not responded or otherwise plead.

WHEREFORE, Defendants demand as follows:

A. That the Plaintiffs' Amended Complaint be dismissed with prejudice at the cost of the Plaintiffs; and

B. That Defendants recover their reasonable attorney's fees and costs; and

C. Any and all other relief which may be proper.

          Respectfully submitted,

          s/<u>Mitzi D. Wyrick</u>
          Edwin S. Hopson
          Mitzi D. Wyrick
          WYATT, TARRANT & COMBS, LLP
          500 West Jefferson Street, Suite 2800
          Louisville, Kentucky 40202-2898
          502.589.5235

          ***Counsel for Yellow Enterprise Systems,***
          ***LLC d/b/a Yellow Ambulance Services***
          ***and Louisville Transportation Company***

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 25, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to larry@people-lawyers.com.

   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, to:

Brent T. Ackerson
Bahe Cook Cantley & Jones PLC
Kentucky Home Life Building
239 South Fifth Street, Suite 700
Louisville, Kentucky 40202

          s/<u>Mitzi D. Wyrick</u>
          Mitzi D. Wyrick
          ***Attorney for Yellow Enterprise Systems,***
          ***LLC d/b/a Yellow Ambulance and***
          ***Louisville Transportation Company***
          Wyatt, Tarrant & Combs, LLP
          500 W. Jefferson Street
          Louisville, Kentucky 40202
          502.562.7337
          502.589.0309 Fax
          *mitziwyrick@wyattfirm.com*

20281043.1