UNITED STATES DISTRICT COURT
Western District of Kentucky

# EXHIBIT INVENTORY

Case Number: 3:07cv218-S  Style of Case: Jones, Tucker, et al v Yellow Enterprise System
Received from: Dena Legg  Received by: Sandra Cooper  Date: 9/18/2007

Proceedings: Motion hearing 10/16/07

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| Pl. 1 | Standard operating procedure | | |
| 2 | interrogatory answers | | |
| Def 1 | memo | | |
| 2 | time sheets | | |
| 3 | time sheets | | |
| 4 | time sheets | | |
| 5 | time sheets | | |

NOTES: _____

## DISPOSITION OF EXHIBITS:

ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____
ITEMS: _____
RECEIVED BY: _____  DATE: _____
RETURNED BY: _____  DATE: _____

OTHER DISPOSITION: _____
DATE: _____  RETURNED BY: _____, Deputy Clerk