UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JANA CHRISTINE JONES-TURNER and
PENNY SHERRARD, on their own behalf and
all others similarly situated, known or unknown                    PLAINTIFFS

v.                                                         CIVIL ACTION NO. 3:07-CV-218-S

YELLOW ENTERPRISE SYSTEMS, LLC
d/b/a YELLOW AMBULANCE SERVICE, et al                              DEFENDANTS

### ORDER

On motion of the plaintiffs, to certify collective action status and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs' motion is conditionally **GRANTED**.

**IT IS FURTHER ORDERED** that:

(1) The plaintiffs' motion for approval of proposed class notice is **GRANTED**.

(2) The class shall be defined as follows:

> Current and former Emergency Medical Technician/Ambulance Drivers who currently work or previously worked for the Defendants at any time from March 29, 2004 until the present, and who were not paid for all time worked and/or were not paid overtime wages for work in excess of forty (40) hours per week.

(3) The defendants shall produce to the plaintiffs, within seven (7) days of this order, a list of all individuals who may be a member of the approved class, including each employee's full name and last known mailing address.

(4)  The Notice of Lawsuit Under Fair Labor Standards Act form and Opt-In Consent form shall be sent to all putative plaintiffs within thirty (30) days of this order.

(5)  Putative plaintiffs will have a period of sixty (60) days after said Notice has been sent to return the Opt-In Consent form.  Any individual returning the Opt-In Consent form after such period shall be deemed to have declined to opt-in to the collective action.

**IT IS SO ORDERED** this