# For Information ONLY:

Case #: 3:07CV-218-S

Date Filed: 9/3/2010

## Document(s) filed, but NOT SCANNED:

(4) CDs - Exhibits C, D, E and J. On Open Shelf - Clerks Office. Filed with Plaintiffs Response.



**LAWRENCE L. JONES II**
larry@bccjlaw.com

September 1, 2010



FILED
JEFFREY A. APPERSON, CLERK

SEP - 3 2010

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
Attn: Clerk's Office
600 West Broadway
Louisville, Kentucky 40202

    **RE:**    **Jana Christine Jones-Turner, et al. v. Yellow Enterprise Systems, LLC, et al.**

Dear Clerk:

    Please find enclosed two copies of CDs containing Exhibits C, D, E and J for filing with the enclosed Plaintiff's Response to Defendants' Motion to Decertify Collective Action, which was electronically filed this evening.

    Feel free to call me if you have any questions.

                        Sincerely,

                        BAHE COOK CANTLEY & JONES PLC

                        Lawrence L. Jones II

Enclosures

☎: 502-587-2002
📠: 502-587-2006
●: www.bccjlaw.com

Kentucky Home Life Bldg.
Suite 700
239 South Fifth Street
Louisville, Kentucky 40202