UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | | |
|---|---|---|
| JANA CHRISTINE JONES-TURNER, et al. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV218-S |
| | ) | |
| YELLOW ENTERPRISE SYSTEMS, LLC, et al. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER**

Defendants Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Service and Louisville Transportation, LLC having filed a Motion for Leave to Exceed the Page Limitations for its Response to Plaintiffs' Motion for Class Certification, and having filed and tendered said Response, the Court having considered the same,

**IT IS HEREBY ORDERED** that the Defendants' Motion for Leave to Exceed the Page Limitations be, and the same hereby is **GRANTED**, and the Defendants' Response to Plaintiffs' Motion for Class Certification is **FILED OF RECORD.**

September 1, 2011

**Charles R. Simpson III, Judge**
**United States District Court**