UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| JANA CHRISTINE JONES-TURNER, et al. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07CV218-S |
| ) | |
| YELLOW ENTERPRISE SYSTEMS, LLC, et al. ) | |
| ) | |
| DEFENDANTS ) | |

## ORDER

Upon motion of Defendants, Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Service, and Louisville Transportation, LLC, for Leave to File a Supplemental Brief on Class Certification, and being otherwise sufficiently advised,

The Defendants' Motion for Leave to File Supplemental Brief on Class Certification is **HEREBY GRANTED**.

September 1, 2011

Charles R. Simpson III, Judge
United States District Court