UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | | |
|---|---|---|
| JANA CHRISTINE JONES-TURNER, et al. | ) | |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV218-S |
| | ) | |
| YELLOW ENTERPRISE SYSTEMS, LLC, et al. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**DEFENDANTS' RESPONSE TO
NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Plaintiffs have tendered a copy of *Ervin v. OS Rest. Servs.*, 632 F.3d 971 (7th Cir. 2011) and have asserted that "the Seventh Circuit became the first federal appellate court to resolve the question of whether an FLSA collective action and a Rule 23 class action based upon state law can be maintained simultaneously." [DN 94 at 1]. Plaintiffs are incorrect. Years before the Seventh Circuit decided *Ervin*, the Third Circuit found in *De Asencio v. Tyson Foods, Inc.*, 342 F.3d 301, 312 (3d Cir. 2003), that the district court had erred in exercising supplemental jurisdiction over state law wage and hour claims because the opt-out state law claims predominated over the opt-in federal claims under the Fair Labor Standards Act.

Respectfully submitted,

s / Mitzi D. Wyrick
Edwin S. Hopson
ehopson@wyattfirm.com
Mitzi D. Wyrick
mitziwyrick@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
502.598.5235

**Counsel for Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance and Louisville Transportation Company**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 3, 2011**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to:

Lawrence L. Jones, II
larry@people-lawyers.com
and
Brent T. Ackerson
brent@people-lawyers.com

s / Mitzi D. Wyrick
Mitzi D. Wyrick
mitziwyrick@wyattfirm.com
**One of Counsel for Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance and Louisville Transportation Company**

60079340.2