UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JANA CHRISTINE JONES-TURNER, ET AL.                                        PLAINTIFF

v.                                                      CIVIL ACTION NO. 3:07-CV-00218-CRS

YELLOW ENTERPRISE
SYSTEMS, LLC, ET AL.                                                           DEFENDANT

### ORDER AND JUDGMENT

In accordance with the Memorandum Opinion entered herein this date, it is hereby

**ORDERED AND ADJUDGED** that:

1) the motion for summary judgment (DN 113) filed by Defendants Louisville Transportation Company and Yellow Enterprise Systems, LLC, is **GRANTED**.

**IT IS SO ORDERED**.

There being no just reason for delay in its entry, this is a final order.

Charles R. Simpson III, Senior Judge
United States District Court

March 31, 2014