UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| JANA CHRISTINE JONES-TURNER, PENNEY SHERRARD, and WESLEY VARDEMAN on their own behalf and all others similarly situated, known or unknown, and all Opt-In Plaintiffs[1] | ) ) ) ) ) | *ELECTRONICALLY FILED* |
| PLAINTIFFS | ) ) | COLLECTIVE ACTION AND CLASS ACTION |
| v. | ) ) | Case No. 3:07CV-218-S |
| YELLOW ENTERPRISE SYSTEMS, LLC d/b/a YELLOW AMBULANCE SERVICE, et al. | ) ) ) ) | |
| DEFENDANTS. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Jana Christine Jones-Turner, Penney Sherrard, and Wesley Vardeman on their own behalf and all others similarly situated, known or unknown, including but not limited to each of the "Opt-In Plaintiffs" in the above-named case (and listed in footnote one) hereby appeal to the United State Court of Appeals for the Sixth Circuit from the: 1) Memorandum Opinion and Order entered in this action on October 11, 2011 in favor of Defendants Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Service and Louisville Transportation LLC (DN 98); 2) Memorandum and Opinion entered in this action on March 31, 2014 in favor of Defendants Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Service

---

[1] Christopher Baize; David Baize; Paul Brangess; Joseph Bratcher; Jessica Brown; Lindsey Brutcher; Afton J. Burris; Donald Callahan; Carolyn Campbell; Chelsey Campbell; Kristi R. Clark; Charles Coker, Jr.; David Cole; Norman Coomes; Julie Corley; Lagina Ebers; Jason Fackler; William C. Ferguson; Kim Francisco; Mary Frazier; Joey Freeman; Trinity Fromm; Justin Geralds; Jennifer L. Gerding; Sue Giles; Charles R. Goldman; James Goodlett; Charles Ray Hale; Hollie Harley; Nicholas Harrell; James Hegland; Patrick Hines; Pamela Jean Hoback; Scott Howard; Emily Johnson; Jonathan Johnson; Nathaniel Jordan; Sally Kappesser; Kenneth Kidder; Matthew Ledington; Glen "Scotty" Lee Jr.; Albert Marshall Jr.; Kelly Miller; Anastasia Milliner; Kellie Mingus; Karen F. Moore; Jessica Phillips; Stephen Phillips; Shannon Ponder; Roger Riley; Dana Lyn Roach; Susie Satterly; Christopher Schumacher; Laura Shedko; Penney Sherrard; Timothy A. Smith; William Stine III; Kelly Marie Stout; Linda Swessel; Tammy Thomason; Joshua Todd; Jana Christine Jones-Turner; Eric Underwood; Heather Van Natta; Robert Vanassen; Wesley Vardeman; Michael Wallace; Terri Wathens; Rebecca Waugh; Anthony Edward Weisenberger; Rhonda Weist; Eric Weller; Lyle Yeager; Rebecca Young; Anthony Yurt; Britta Zoeller.

and Louisville Transportation LLC (DN 116); and 3) Order and Judgment entered in this action on March 31, 2014 in favor of Defendants Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Service and Louisville Transportation LLC (DN 117). The above styled case has not been certified as a Rule 23 class action; although, the above styled case was initially conditionally certified as an FLSA collective action, but was decertified by the Court's October 11, 2011 Memorandum and Opinion.

                Respectfully submitted,

                JONES WARD PLC
                Lawrence L. Jones II

                /s/ Lawrence L. Jones II
                Marion E. Taylor Building
                312 South Fourth Street, Sixth Floor
                Louisville, Kentucky 40202
                (502) 882-6000

                and

                Brent T. Ackerson
                Ackerson Law Offices
                600 West Main Street, Suite 500
                Louisville, Kentucky 40202
                Phone: (502) 882-5176
                Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that all parties have been served on this date in accordance with the Court's ECF/CM system.

                /s/ Lawrence L. Jones II
                Counsel for Plaintiffs